# Third District Court of Appeal

## State of Florida

Opinion filed March 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1955
Lower Tribunal No. F11-1764
_____

**Alexander F. Thomas,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Michelle Delancy, Judge.

Alexander F. Thomas, in proper person.

James Uthmeier, Attorney General, and Haccord Curry, Assistant Attorney General, for appellee.

Before LINDSEY, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Williams v. State</u>, 143 So. 3d 423 (Fla. 1st DCA 2014) (rejecting the argument that Florida's Prison Releasee Reoffender statute is unconstitutional based on the holdings of <u>Alleyne v. United States</u>, 570 U.S. 99 (2013), and <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000)); <u>Hughes v. State</u>, 901 So. 2d 837, 848 (Fla. 2005) (concluding <u>Apprendi</u> does not apply retroactively).